## Commonwealth *v.* Toth, Appellant.

Submitted June 11, 1973. *D. Benjamin vanSteenburgh, III,* Assistant Public Defender, and *John R. Merrick,* Public Defender, for appellant; *F. Ned Hand,* Assistant District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

## Commonwealth *v.* Tutalavage, Appellant.

Argued June 14, 1973. *David Kanner,* for appellant; *Louis A. Perez, Jr.,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.